## Congressman Mike Honda
# Privacy Release Form

*In order for my office to assist you, please:*

- Fill out all 3 pages of this form completely
- Enclose copies of any documents that are related to your case

If you have any questions regarding this form, please contact my district office at (408) 558-8085.

\_\_Mr.      \_\_Ms.
\_\_Miss  X Mrs.   \_\_Dr.

**Mina** _____ **Tavakoli**
First Name         Middle Initial              Last Name

**5612 Stevens creek blvd #332**
Residential Street Address

**Cupertino   CA   95014**
City, State, and Zip Code

_____
Mailing Address (if different from residential)

**408-777-8596**
Home Telephone Number

**07/23/1951**
Date of Birth

_____
Work Telephone Number

**monvarid58@yahoo.com**
E-mail address

**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**
Social Security Number

_____
Veteran's Claim Number (if applicable)

Page 1

## Description of the Problem

What type of inquiry are you requesting? Circle the appropriate agency:

Embassy   SSA   Medicare   Veterans Affairs   IRS
USPS   (INS)   Navy/Army/Air Force/Marines
Other: FBI Name check

What is the problem and its current status? Be SPECIFIC.

I applied for citizenship and after that I did my fingerprint. then I got a letter for exam on october 18th I passed my Interview. But they said they can not make the decision, and the reason was FBI name check. I'm waiting for that since that date.

What have you done to try to solve the problem and what agency(s) did you contact?

I went to INS office several times but they can not do anything. I called FBI and they said I need to contact Your office.

What has the federal agency told you? Contact your congressman.

Who else have you contacted for assistance? _____

What specific action are you requesting from this office? Please help me to find the status of my case. I really appriciate your help.

Page 2

**Congressman Mike Honda Privacy Release & Explanation of Service**

*Please read and sign the following:*

The House Committee on Standards of Official Conduct allows a Member of the House of Representatives, either on his/her own initiative or at the request of a petitioner, to properly communicate with an Executive or Independent Agency on any federal matter *to request information or status reports, urge prompt and fair consideration of a matter based on the merits of the case, arrange appointments, or, where appropriate, express judgment or ask for reconsideration of an administrative decision.*

Congressman Honda represents all his constituents equally and will pursue their concerns with diligence irrespective of political or other considerations. Congressman Honda and his staff cannot and are not trained to provide legal advice nor guarantee a specific outcome to petitions or inquiries.

By signing this privacy release form, I hereby authorize Congressman Mike Honda and members of his staff to conduct any inquiries relating to my case and to be provided with any information relating to it.

Signature: _mund Taxakoli_

Date: 5/30/06

Thank you for taking the time to complete this form. Please return it as soon as possible to my district office at the following address:

**Congressman Mike Honda**
**1999 S. Bascom Ave., Suite 815**
**Campbell, CA 95008**

408-558-8085 (phone)
408-558-8086 (fax)

Page 3

**MICHAEL M. HONDA**
15TH DISTRICT, CALIFORNIA

COMMITTEE ON SCIENCE
SUBCOMMITTEES:
RANKING MEMBER
ENERGY
SPACE AND AERONAUTICS

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS



# Congress of the United States
## House of Representatives

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-2631
FAX: (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558-8085
FAX: (408) 558-8086
GILROY RESIDENTS: (888) 643-4715

May 30, 2006

Ms. Mina Tavakoli
5612 Stevens Creek Boulevard
Cupertino, California 95014

Dear Ms. Tavakoli:

Thank you for contacting me regarding the problem you are having with the Federal Bureau of Investigation. I am sorry to hear about the difficulties you are experiencing in obtaining the status of your FBI name check request.

I have made an inquiry with the Federal Bureau of Investigation on your behalf. It has been my experience that it takes approximately 30 days to receive a response from the Federal Bureau of Investigation. Please be advised that I am unable to assure a specific outcome regarding a particular case, or unduly influence the decision of an agency. However, I may inquire as to the status of your case, obtain additional information, or direct you to appropriate resources or services. I will contact you as soon as I receive an agency response.

Thank you for allowing me to be of assistance in this matter.

Sincerely,

Michael M. Honda

Mike Honda
Member of Congress

To receive updates on issues and events important to you, please sign up at
http://www.house.gov/honda/contactmike.html for my e-mail newsletter.

MH:CP



**MICHAEL M. HONDA**
15TH DISTRICT, CALIFORNIA

COMMITTEE ON SCIENCE
SUBCOMMITTEES:
RANKING MEMBER
ENERGY
SPACE AND AERONAUTICS

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

# Congress of the United States
## House of Representatives

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BU..
WASHINGTON, DC 20515
PHONE: (202) 225-2631
FAX: (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558-8085
FAX: (408) 558-8086
GILROY RESIDENTS: (888) 643-4715

May 19, 2006

Ms. Mina Tavakoli
5612 Stevens Creek Boulevard
Cupertino, California 95014

Dear Ms. Tavakoli:

Thank you for contacting my office regarding the problem you are having with the Federal Bureau of Investigation. I am sorry to hear of the difficulties you are experiencing with your name check.

Please be advised that my office may not influence a federal agency's decision. However, I may make an inquiry on your behalf to determine the status of your case or to obtain additional information or assistance for you.

Please fill out the enclosed authorization form and return it to my office as soon as possible. In order for me to be of assistance, you must include a brief explanation of your specific problem and describe how you would like my office to help you. Please include copies of any relevant documents and return them to my office at the following address:

Congressman Mike Honda
1999 S. Bascom Ave., Suite 815
Campbell, CA 95008

Tel.: (408) 558-8085
Fax: (408) 558-8086

Thank you for allowing me to be of assistance.

Sincerely,

Michael M. Honda

Mike Honda
Member of Congress

To receive updates on issues and events important to you, please sign up at http://www.house.gov/honda/contactmike.html for my e-mail newsletter.

MH:ba

**MICHAEL M. HONDA**
15TH DISTRICT, CALIFORNIA

**WASHINGTON OFFICE:**
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-2631
FAX: (202) 225-2699
http://www.house.gov/honda

**DISTRICT OFFICE:**
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558-8085
FAX: (408) 558-8086
GILROY RESIDENTS: (888) 643-4715



# Congress of the United States
## House of Representatives

**COMMITTEE ON SCIENCE**
SUBCOMMITTEES:
RANKING MEMBER
ENERGY
SPACE AND AERONAUTICS

**COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE**
SUBCOMMITTEES:
AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

July 17, 2006

Ms. Mina Tavakoli
5612 Stevens Creek Boulevard
Cupertino, California 95014

Dear Ms. Tavakoli:

Thank you for contacting my office regarding your immigration case. I am sorry to hear about the difficulties you are experiencing with your name check. Please be advised that the FBI has verified that your name check was received on June 6, 2005 and is still "pending."

According to the FBI, the name check process is administered by the National Name Check Program and involves several layers of review. Before a name check is completed, it may require review by federal, state, local and foreign agencies. In addition to serving as a reviewing agency, the FBI is the clearinghouse for responses by other agencies. Delays and/or complications may arise due to a common name, spelling variations, frequent travel or changes in residency, criminal history, non-cooperation of foreign governments, multiple references, and inconsistent or incomplete information. In some cases, name checks require further investigation or detailed review.

According to the FBI, additional staff has been added to process the backlog caused by the tremendous volume of name check requests. However, if the delay is the result of another agency or a case requires more extensive review, the FBI cannot proceed with final processing. Unfortunately, some investigations take many months to complete. If your name check is still pending with the FBI after 6 more months have passed, please contact my office and I will make another inquiry on your behalf.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. These security checks are done for all cases involving a petition or application for an immigration service or benefit. USCIS works closely with the Federal Bureau of Investigation (FBI) and other agencies to complete the background checks. The FBI name check is just one part of this process. Included with this letter is a USCIS Fact Sheet on Immigration Security Checks - How and Why the Process Works. This fact sheet may answer additional questions you may have about the entire security screening process.

Please be advised that my office can only inquire regarding the status of your name check and where the FBI has submitted the results. My office cannot request that the process be expedited or waived, nor can my office inquire regarding the specific findings of the FBI or any other investigative agency. Once my office has verified that your name check is under active review, there is no further action to be taken.

I regret that my office could not provide a more favorable response at this time. However, I hope you will find this information useful.

Sincerely,

*Michael M. Honda*

Mike Honda
Member of Congress