Law Offices of Neda A. Zaman
Neda A. Zaman
3435 Wilshire Blvd Suite 640
Los Angeles, California 90010
Tel: (213) 381-3777
Fax: (213) 381-5866

Attorney for Plaintiff

FILED

2007 OCT -4 P 3: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT FOR NORTHERN
DISTRICT OF CALIFORNIA
San Francisco

MINA TAVAKOLI                                   ) Case Number
                                                ) C07 05120 HRL
    Plaintiffs,                                 )
                                                ) CERTIFICATION AND NOTICE
                                                ) OF INTERESTED PARTIES
Paul D. CLEMENTE, Attorney General of           )
The United States, Michael CHERTOFF,            )
Secretary of the Department of Homeland         )
Security, See Attached                          )
    Defendants                                  )
                                                )

THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

          Party                              Connection
 (list the name of all such parties and identify their connection and interest)

Paul D. CLEMENTE, Attorney General
of the United States, Michael CHERTOFF,
Secretary of the United States Department of
Homeland Security, Eduardo AGUIRRE, Acting
Director of the United States Citizenship and Immigration Service,
and David STILL, San Francisco District Director,
United States Citizenship and Immigration Service,

10-01-07
Date:

                                    _Neda A-Z_
                                    Attorney of Record

1

Eduardo Aguirre, Acting Director of the
United States Citizenship and Immigration Service,
and David Still Director of the San Francisco
District, United States Citizenship
and Immigration Service,