# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING   ADR   2007 OCT 19 P 4:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

MINA TAVAKOLI

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Paul D. CLEMENTE, Attorney General of the United States, Michael CHERTOFF, Secretary of the United States, See Attached.

**C07 05120 HRL**

TO: (Name and address of defendant)

Paul D. CLEMENTE, Attorney General of the United States, Constitution Avenue and 10TH Street NW. Washington, DC 20530 and the U S, Attorney at 150 Almaden Blvd Suite 900 San Jose, CA 95113 Michael CHERTOFF, Secretary of the United States Department of Homeland Security at Washington, DC 20528. Eduardo AGUIRRE, Acting Director of the Bureau of Citizenship and Immigration Service, and David STILL District Director at Civil Clerk's Office 630 Sansome Street San Francisco, CA 94111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF NEDA A. ZAMAN
NEDA A. ZAMAN
3435 WILSHIRE BLVD SUITE 640
LOS ANGELES, CALIFORNIA 90010

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 10 / 01 / 2007

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] |  | DATE 10.17.07 |
| Name of SERVER RABAH HOCINE |  | TITLE Secretary |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
SERVED BY CERTIFY MAIL TO EDUARDO AGUIRRE ACTING DIRECTOR of the U.S.C.I.S. CIVIL CLERK office 630 SANSOME ST SAN FRANCISCO, CA 94111

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10.17.07
               Date

Signature of Server

3435 Wilshire BL #640
Address of Server  Los Angeles, CA 90010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Eduardo Aguirre, Acting Director of the
United States Citizenship and Immigration Service,
and David Still Director of the San Francisco
District, United States Citizenship
and Immigration Service,

2