```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINA TAVAKOLI,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL B. MUKASEY, *Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States' Department of Homeland Security; EDUARDO AGUIRRE, Acting Director of the Bureau of Citizenship and Immigration Service; and DAVID STILL, Director of the San Francisco District Office of the Bureau of Citizenship and Immigration Services;<br><br>        Defendants. | No. C 07-5120 HRL<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

_____

\* Pursuant to Fed. R. Civ. 25(d)(1), Michael B. Mukasey is substituted for his predecessor Paul D. Clemente, as the United States Attorney General.

Consent to Magistrate Jurisdiction
C 07-5120 HRL                            1

| | |
|---|---|
| 1  Date: December 4, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS |
| 3 | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: December 4, 2007

/s/
NEDA A. ZAMAN
Attorney for Plaintiff

Consent to Magistrate Jurisdiction
C 07-5120 HRL                    2