1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN JOSE DIVISION
11

| | |
|---|---|
| MINA TAVAKOLI, | ) |
| | ) |
| Plaintiff, | ) No. C 07-5120 HRL |
| | ) |
| v. | ) |
| | ) |
| MICHAEL B. MUKASEY, *Attorney General | ) **STIPULATION TO EXTEND DATES;** |
| of the United States; MICHAEL CHERTOFF, | ) **and [PROPOSED] ORDER** |
| Secretary of the United States' Department of | ) |
| Homeland Security; EDUARDO AGUIRRE, | ) |
| Acting Director of the Bureau of Citizenship | ) |
| and Immigration Service; and DAVID STILL, | ) |
| Director of the San Francisco District Office | ) |
| of the Bureau of Citizenship and Immigration | ) |
| Services; | ) |
| | ) |
| Defendants. | ) |

   Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about October 4, 2007.  The United States Attorney's Office was not served until November 27, 2007.

   2. Pursuant to this Court's October 4, 2007 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on January 15,

_____

\*  Pursuant to Fed. R. Civ. 25(d)(1), Michael B. Mukasey is substituted for his predecessor Paul D. Clemente, as the United States Attorney General.

Stipulation for Extension
C 07-5120 HRL                                          1

1  2008, and attend a case management conference on January 22, 2008.

2  3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

3  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

4  ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | January 25, 2008 |
| Last day to file Joint ADR Certification: | February 5, 2008 |
| Last day to file/serve Joint Case Management Statement: | February 19, 2008 |
| Case Management Conference: | February 26, 2008, at 1:30 p.m. |

Date: December 4, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: December 4, 2007                NEDA A. ZAMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
HOWARD R. LLOYD
United States Magistrate Judge

Stipulation for Extension
C 07-5120 HRL                    2