SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

***ORDER E-FILED 12/6/2007***

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINA TAVAKOLI,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL B. MUKASEY, *Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States' Department of Homeland Security; EDUARDO AGUIRRE, Acting Director of the Bureau of Citizenship and Immigration Service; and DAVID STILL, Director of the San Francisco District Office of the Bureau of Citizenship and Immigration Services;<br><br>    Defendants. | No. C 07-5120 HRL<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about October 4, 2007. The United States Attorney's Office was not served until November 27, 2007.

2. Pursuant to this Court's October 4, 2007 Order Continuing the Case Management Conference, the parties are required to file a joint case management statement on January 15,

_____

* Pursuant to Fed. R. Civ. 25(d)(1), Michael B. Mukasey is substituted for his predecessor Paul D. Clemente, as the United States Attorney General.

Stipulation for Extension
C 07-5120 HRL                                        1

1 | 2008, and attend a case management conference on January 22, 2008.

2 |    3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this
3 | case and/or Answer and prepare a joint case management statement, the parties hereby respectfully
4 | ask this Court to extend the dates in the Court's scheduling order as follows:

5 | Last day to file Defendants' Answer:                                 January 25, 2008
6 | Last day to file Joint ADR Certification:                            February 5, 2008
7 | Last day to file/serve Joint Case Management Statement:   February 19, 2008
8 | Case Management Conference:                                    February 26, 2008, at 1:30 p.m.

9 | Date: December 4, 2007                           Respectfully submitted,

10 |                                                                SCOTT N. SCHOOLS
                                                                    United States Attorney

12 |                                                                _____/s/_____
                                                                    ILA C. DEISS
13 |                                                                Assistant United States Attorney
                                                                    Attorneys for Defendants

16 | Date: December 4, 2007                           _____/s/_____
                                                                    NEDA A. ZAMAN
                                                                    Attorney for Plaintiff

18 |                                         **ORDER**

19 |     Pursuant to stipulation, IT IS SO ORDERED.

21 | Date:   December 6, 2007                        _____
                                                                    HOWARD R. LLOYD
                                                                    United States Magistrate Judge

Stipulation for Extension
C 07-5120 HRL                                    2