1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   MINA TAVAKOLI,                          )
12                                         )
              Plaintiff,                   )  No. C 07-5120 HRL
13                                         )
       v.                                  )
14                                         )
   MICHAEL B. MUKASEY, *Attorney General   )  **STIPULATION TO DISMISS and**
15 of the United States; MICHAEL CHERTOFF, )  **[PROPOSED] ORDER**
   Secretary of the United States' Department of )
16 Homeland Security; EDUARDO AGUIRRE,     )
   Acting Director of the Bureau of Citizenship )
17 and Immigration Service; and DAVID STILL, )
   Director of the San Francisco District Office )
18 of the Bureau of Citizenship and Immigration )
   Services;                               )
19                                         )
              Defendants.                  )
20 _____)

21     Plaintiff, by and through her attorneys of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

23 above-entitled action without prejudice in light of the fact that the United States Citizenship and

24 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

25 agrees to do so within 30 days after receiving Plaintiff's affidavit.

26     Each of the parties shall bear their own costs and fees.

27 ///

28

Stipulation to Dismiss
C 07-5120 HRL                              1

| | |
|---|---|
| Date: January 24, 2008 | Respectfully submitted, |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| | /s/<br>ILA C. DEISS[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: January 25, 2008 | /s/<br>NEDA A. ZAMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

HOWARD R. LLOYD
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 07-5120 HRL                                         2