```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division                          *ORDER E-FILED 1/29/2008*
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
                          UNITED STATES DISTRICT COURT
 9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN JOSE DIVISION
11
    MINA TAVAKOLI,                              )
12                                              )
                    Plaintiff,                  )   No. C 07-5120 HRL
13                                              )
            v.                                  )
14                                              )
    MICHAEL B. MUKASEY, *Attorney General       )   STIPULATION TO DISMISS and
15  of the United States; MICHAEL CHERTOFF,     )   [PROPOSED] ORDER
    Secretary of the United States' Department of )
16  Homeland Security; EDUARDO AGUIRRE,         )
    Acting Director of the Bureau of Citizenship )
17  and Immigration Service; and DAVID STILL,   )
    Director of the San Francisco District Office )
18  of the Bureau of Citizenship and Immigration )
    Services;                                   )
19                                              )
                    Defendants.                 )
20  _____)
```

21      Plaintiff, by and through her attorneys of record, and Defendants, by and through their

22  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

23  above-entitled action without prejudice in light of the fact that the United States Citizenship and

24  Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

25  agrees to do so within 30 days after receiving Plaintiff's affidavit.

26      Each of the parties shall bear their own costs and fees.

27  ///

28

Stipulation to Dismiss
C 07-5120 HRL                                    1

1 | Date: January 24, 2008     Respectfully submitted,

2 |     JOSEPH P. RUSSONIELLO
    United States Attorney

3 |

4 |     _____/s/_____
    ILA C. DEISS[1]

5 |     Assistant United States Attorney
    Attorneys for Defendants

6 |

7 |

8 | Date: January 25, 2008     _____/s/_____
    NEDA A. ZAMAN
    Attorney for Plaintiff

9 |

10 | **ORDER**

11 | Pursuant to stipulation, IT IS SO ORDERED.

12 |

13 | Date: January 29, 2008     _____
    HOWARD R. LLOYD
    United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C 07-5120 HRL     2